**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 13-11363-TPA |
| Beth Michelle Burgard, | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| Beth Michelle Burgard, | : | |
| Movant, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Clients Name:**      **Beth Michelle Burgard**
**Incorrect Address:**   **1036 Buffalo Street, Franklin PA 16323**

**Correct Address:**    **217 Clarion Street, Oil City PA 16301**

Respectfully Submitted,

Date: <u>August 1, 2016</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor