**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 13-11363-TPA |
| Beth Michelle Burgard, | : | Chapter 13 |
| Debtor, | : | |
| | : | Docket No.: |
| Beth Michelle Burgard, | : | |
| Movant, | : | Hearing Date & Time: |
| | : | January 11, 2016 at 11:30AM |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, filed on November 30, 2016, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than December 17, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>December 19, 2016</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding Motion for Approval of Post-Petition Vehicle Financing**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **December 19, 2016**       *By: /s/ Anne M. Clement*
                                                                                  ANNE M. CLEMENT, PARALEGAL
                                                                                 FOSTER LAW OFFICES, LLC
                                                                                 PO Box 966
                                                                                 Meadville, PA 16335
                                                                                 Tel 814.724.1165
                                                                                 Fax 814.724.1158

MATRIX

Barclays Bank Delaware
PO Box 8801
Wilmington, DE 19899-8801

Beth Michelle Burgard
217 Clarion Street
Oil City, PA 16301-1519

Capital One Bank
Po Box 30285
Salt Lake City, UT 84130-0285

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

City of Franklin
430 13th Street
Franklin PA 16323-1317

Department Of Education / Nelnet Loans
121 South 13th Street
Lincoln, NE 68508-1904

James M. Greenfield
Dale Woodard Law Firm
1030 Liberty Street
Franklin, PA 16323-1298

GE Money Bank / Walmart
Po Box 103104
Roswell, GA 30076-9104

Kia Motors Finance
Po Box 20815
Fountain Valley, CA 92728-0815

Huntington National Bank
Po Box 89424
Cleveland, OH 44101-6424

M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

LSF9 Master Participation Trust
13801 Wireless Way
Oklahoma City, OK 73134-2500

Northwest Consumer Discount Company
Po Box 1109
Franklin, PA 16323-5109

National Fuel
1100 State Street
Erie PA 16501-1912

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

AT&T Mobility II LLC
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Provident / Shore Mortgage Co.
PO Box 5914
Santa Rosa, CA 95402-5914

Aes / M&t Elt - Pheaa
1200 North 7th Street
Harrisburg, PA 17102-1419

CERASTES, LLC
C O WEINSTEIN,PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Ann E. Swartz
McCabe, Weisberg & Conway, P.C.
123 South Broad Street Suite 1400
Philadelphia, PA 19109-1060

First United National Bank
Po Box 7
Fryburg, PA 16326-0007

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Andrew F Gornall
KML Law Group, P.C.
701 Market St, Suite 5000
Philadelphia, PA 19106-1541

Nelnet on behalf of the U.S. Dept. of ED
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Recovery Management Systems Corporation
25 S.E. Second Avenue Suite 1120
Miami, FL 33131-1605

Secretary of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410-0002

Allen R Sharrer Jr. / 1st Rate Realty LLC
825 Liberty Street
Franklin, PA 16323-1133

Shore Mortgage Co
1414 E. Maple Road
Troy, MI 48083-9937