**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No:  13-11363-TPA |
| Beth Michelle Burgard, | : |  |
| Debtor/Movant, | : | Chapter 13 |
|  | : |  |
|  | : |  |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Clients Name:**           **Beth Michelle Burgard**
**Incorrect Address:**    **217 Clarion Street, Oil City, PA 16301**

**Correct Address:**       **4494 Rear Lookout Road, Apt. B, Virginia Beach, VA 23455**

Respectfully Submitted,

Date: <u>June 29, 2018</u>

 /s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors