**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/03/2018

IN RE:

BETH MICHELLE BURGARD
4494 LOOKOUT ROAD
APARTMENT B
VIRGINIA BEACH, VA 23455
XXX-XX-7446          Debtor(s)

Case No.13-11363 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/3/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CASCADE CAPITAL LLC++**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HSBC BANK NV/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HUNTINGTON NATIONAL BANK(*)**<br>2361 MORSE RD (NC2W43)<br>COLUMBUS, OH 43229 | Trustee Claim Number: 2   INT %: 3.25%<br>Court Claim Number: 1<br>CLAIM: 17,079.94<br>COMMENT: $CL-PL@3.25%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6244 |
| **LSF9 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC<br>13801 WIRELESS WAY<br>OKLAHOMA CITY, OK 73134 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: SURR/PL@M AND T*CL=152972.22*FR LAKEVIEW-DOC 52*FR HUD-DOC 54 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3590 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0013 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0012 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 8,697.73<br>COMMENT: BARCLAYS/WYNDHAM REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7709 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,489.33<br>COMMENT: CAP 1~HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9691 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 535.62<br>COMMENT: FR CITIBANK-DOC 93 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5444 |
| **CITY OF FRANKLIN**<br>430 13TH STREET<br>FRANKLIN, PA 16323 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **NELNET O/B/O US DEPT OF EDUCATION**<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA 30374-2083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 64,585.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7446 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9649 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4449 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3149 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4549 |
| **NELNET**<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3249 |
| **FIRST UNITED NATIONAL BANK**<br>PO BOX 7<br>FRYBURG, PA 16326 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3498 |
| **FIRST UNITED NATIONAL BANK**<br>PO BOX 7<br>FRYBURG, PA 16326 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3431 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 895.59<br>COMMENT: GECRB/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3340 |
| **KIA MOTOR FINANCE**<br>POB 20825<br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7610 |
| **NATIONAL FUEL GAS DISTRIB CORP**<br>POB 2081<br>ERIE, PA 16512 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 714.35<br>COMMENT: NO$-ACCT~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1129 |

| Creditor | Claim Info | Description |
|---|---|---|
| **NORTHWEST CONSUMER DISCOUNT CO**<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **NORTHWEST CONSUMER DISCOUNT CO**<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0010 |
| **NORTHWEST CONSUMER DISCOUNT CO**<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA 16365 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0008 |
| **SHORE MORTGAGE COMPANY**<br>PO BOX 5914<br>SANTA ROSA, CA 95402 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PROVIDENT~NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5937 |
| **SHORE MORTGAGE COMPANY**<br>ATTN: BANKRUPTCY DEPARTMENT<br>1414 E MAPLE RD<br>TROY, MI 48083 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7540 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 146.80<br>COMMENT: NT/SCH*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5135 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN SRVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LSF9 MSTR PRTCPTN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |