**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/17/18 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  BETH MICHELLE BURGARD | Case No.13-11363TPA |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>            vs.<br>BETH MICHELLE BURGARD | Chapter 13<br><br>Document No. __101__ |
| Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __17th__ day of December , 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Oil City Area Sd
Attn: Payroll Manager
825 Grandview Rd
Oil City, PA 16301

is hereby ordered to immediately terminate the attachment of the wages of BETH MICHELLE BURGARD, social security number XXX-XX-7446.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BETH MICHELLE BURGARD.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_/s/ Ronda Winnecour_
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 13-11363-TPA
Beth Michelle Burgard                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: aala            Page 1 of 1         Date Rcvd: Dec 17, 2018
                                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db             Beth Michelle Burgard,    4494 Rear Lookout Road,    Apt. B,    Virginia Beach, VA   23455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor   LSF9 Master Participation Trust
       andygornall@latouflawfirm.com
      Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
       andygornall@latouflawfirm.com
      Ann E. Swartz    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      Daniel P. Foster    on behalf of Debtor Beth Michelle Burgard dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James  Warmbrodt    on behalf of Creditor    LSF9 Master Participation Trust bkgroup@kmllawgroup.com
      James M. Greenfield    on behalf of Creditor Kathryn A Yeager greenfieldlaw@dalewoodardgent.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 8